Anne Hiaring Hocking, Cal. Bar No. 88639
*anne@hiaringsmith.com*
Vijay K. Toke, Cal. Bar No. 215079
*vijay@hiaringsmith.com*

HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone: (415) 457-2040
Facsimile: (415) 457-2822

Attorneys for Plaintiff/Counterdefendant
BLINKY INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BLINKY INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EMT LIGHTING, INC., a California Corporation, EMT TECHNOLOGIES, INC., a Nevada Corporation, EMT TECHNOLOGIES, a sole proprietorship, GEORGE DANIEL WALLER, an individual, ROBERT HENDERSON, an individual, and DOES 1 – 100,<br><br>Defendants. | Case No.: CV-11-05487 SBA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)];**<br><br>**ORDER**<br><br><br><br><br><br><br><br><br>**Action Filed 11/10/2011** |

////

1
**CV-11-05487 SBA: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between BLINKY, INC. ("Plaintiff" and "Counterdefendant") and GEORGE DANIEL WALLER and SHERRY J. WALLER, as Husband & Wife dba ENERGY MANAGEMENT TECHNOLOGIES ("Defendants" and "Counterclaimants"), by and through their respective counsel of record herein, that the entirety of the above-captioned action, including Plaintiff's Complaint as to all named defendants, and all claims therein, Counterclaimant's Counterclaims, and all claims therein, shall be **dismissed WITH PREJUDICE, and all claims against DOE defendants shall be dismissed WITHOUT PREJUDICE.**

The parties further stipulate and request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement in this action.

The parties stipulate that each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED:  August 7, 2012			HIARING + SMITH LLP

					By:  \_/s/ Vijay K. Toke\_\_\_\_
					     Vijay K. Toke
					     Attorneys for Plaintiff and Counterdefendant
					     BLINKY, INC.


DATED:  August 7, 2012			NEWHOUSE & ASSOCIATES

					By:  \_\_/David E. Newhouse/\_\_
					     David E. Newhouse
					     Attorneys for Defendants and Counterclaimant
					     GEORGE DANIEL WALLER and
					     SHERRY J. WALLER,
					     as Husband & Wife dba
					     ENERGY MANAGEMENT TECHNOLOGIES

///

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/9/12

_____
The Honorable Saundra B. Armstrong
United States District Judge

3
**CV-11-05487 SBA: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF MARIN

I am employed in the County of Marin, State of California; my business address is 101 Lucas Valley Road, Suite 300, San Rafael, California 94903; I am over the age of 18 and not a party to the within action. On August 7, 2012, I served the following document(s):

**1. STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [Fed. R. Civ. P. 41(a)(1)(A)(ii)];ORDER**

on the parties shown below:

| | |
|---|---|
| David E. Newhouse, Esq.<br>Newhouse & Associates<br>Twin Oaks Office Plaza, Suite 112<br>477 Ninth Avenue<br>San Mateo, CA 94402 | *Attorney for Defendants & Counterclaimants:*<br>George Daniel Waller<br>Sherry J. Waller<br>Husband and Wife dba<br>Energy Management Technologies |

__X__ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

__X__ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 7th day of August 2012 at San Rafael, California.

/s/ Gerie Johnson
Gerie Johnson

---

CERTIFICATE OF SERVICE

Case No. CV-11-05487 SBA

1